UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
LINDA LeTOUZEL, :
on behalf of himself and all other employees :
similarly situated, : Civil Action No. 05-cv-06464
:
Plaintiffs, :
: **ORDER**
vs. :
:
THE EASTMAN KODAK COMPANY, :
:
Defendant. :
:
-----------------------------------------------------------------x

This matter having come before the Court by application of Seyfarth Shaw LLP, attorneys for defendant Eastman Kodak Company ("Kodak") for an Order, pursuant to Fed. R. Civ. P. 60(a) correcting the Court's prior Order dated September 30, 2005, and the Court having considered the application and good cause having been shown;

It is on this 14th day of November, 2005,

ORDERED as follows:

The Court's previous Order dated September 30, 2005 is hereby amended, pursuant to Fed. R. Civ. P. 60(a) to correct a clerical error, as follows: Defendant Kodak's time to answer, move, or otherwise respond to the Complaint shall be extended from October 3, 2005 up to and including November 2, 2005.

  S/ MICHAEL A. TELESCA
Honorable Michael A. Telesca
United States District Judge

Dated: November 14, 2005