**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

May 1, 2006

**VIA FACSIMILE & U.S. MAIL**

Honorable Michael A. Telesca
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: Glewwe, et al v. The Eastman Kodak Company, Civil Action No. 05-CV-6462
Luciano, et al v. The Eastman Kodak Company, Civil Action No. 05-CV-6463
LeTouzel, et al v. The Eastman Kodak Company, Civil Action No. 05-CV-6464

Dear Judge Telesca:

Per the Court's instruction during the oral argument on March 31, 2006, the parties in the above-referenced matters would like to report that they have had ongoing discussions concerning the issues raised during the oral argument. While they have not yet reached a resolution, they believe they will able to reach a resolution on some or all of the issues with further discussion. Consequently, the parties respectfully request through May 12, 2006 to report back to the Court concerning the issues raised during the oral argument. If this meets with your Honor's approval, a "So Ordered" line is provided at the bottom of this letter for the Court's convenience.

Thank you for your courtesies in this matter.

Respectfully submitted,

J. Nelson Thomas

cc: Lori E. Almon, Esq. (via facsimile)

**SO ORDERED:**

S/MICHAEL A. TELESCA
_____
Honorable Michael A. Telesca
United States District Judge

DATED: MAY 1, 2006

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
nthomas@theemploymentattorneys.com • www.theemploymentattorneys.com